249 F.2d 314
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
LOCAL NO. 545, AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN
OF NORTH AMERICA, AFL-CIO.
 No. 15844.
 United States Court of Appeals Eighth Circuit.
 Aug. 6, 1957.
 
 Stephen Leonard, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D.C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of National Labor Relations Board Enforced, on petition for enforcement and stipulation filed with Board.